JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE, *an individual*;<br><br>Plaintiffs.<br><br>v.<br><br>WELLS FARGO BANK, N.A. QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants, | Case No: 2:18-cv-09951-MWF<br><br>**ORDER OF DISMISSAL** |

Plaintiff EDWARD LEE submitted a Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a) asking the Court to voluntarily dismiss this action without prejudice.

As a result, the Court hereby dismisses this action without prejudice. The Clerk shall close the file in this case.

**IT IS SO ORDERED**

DATED: January 9, 2019

_____
Hon. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE